# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH A. MCNEIL,** | **CASE NO. 1:17-cv-00799-LJO-SAB** |
| Plaintiff, | **ORDER ASSIGNING CASE RE PRESIDING JUDGE** |
| v. | |
| **DEPUTY JAMES FUNK, ET. AL.,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge. The parties consent to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

# 1:17-cv-00799 SAB

IT IS SO ORDERED.

Dated: **September 5, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1