UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALLEN McNEIL,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY JAMES FUNK; et al.,<br><br>    Defendants. | CASE No. 1:17-cv-00799-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE COUNTY OF FRESNO AS PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 23) |

Plaintiff Keith A. McNeil filed this action pursuant to 42 U.S.C. § 1983 on June 12, 2017. (ECF No. 1.) Plaintiff brought claims of excessive force, false arrest, unlawful detention, and malicious prosecution against the individual defendants and a Monell claim against the County of Fresno. (Id.) On September 20, 2018, the parties filed a stipulation to dismiss the claim against the County of Fresno. (ECF No. 23.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant County of Fresno shall be terminated in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated: **September 20, 2018**

UNITED STATES MAGISTRATE JUDGE

1