# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. McNEIL,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY JAMES FUNK and DEPUTY FLORES,<br><br>        Defendants. | Case No. 1:17-cv-00799-SAB<br><br>ORDER AMENDING PRETRIAL ORDER<br><br>(ECF No. 27, 28) |

       This matter is set for trial on February 12, 2019. On December 21, 2018, the pretrial order was filed. (ECF No. 27.) Pursuant to the pretrial order, the parties were to file objections within seven days of the date of entry of the order. (Id.) On December 28, 2018, Defendants Funk and Flores filed objections to the pretrial order. (ECF No. 28.) Defendants seek to add a witness to their witness list and change the date of the hearing on motions *in limine*.

       Accordingly, IT IS HEREBY ORDERED that the December 21, 2018 pretrial order is amended as follows:

    1.    Defendants' witness list is amended at 24:16 as follows:

        114.    Deputy Jason Vinogradoff
                  c/o Weakley & Arendt, A Professional Corporation
                  5200 N. Palm Avenue, Ste. 211
                  Fresno, CA 93704

/ / /

2. The motions *in limine* hearing is CONTINUED from February 1, 2019, at 3:00 p.m. to February 4, 2019, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **January 2, 2019**

_____
UNITED STATES MAGISTRATE JUDGE