# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEITH A. McNEIL, | Case No. 1:17-cv-00799-SAB |
|---|---|
| Plaintiff, | ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| DEPUTY JAMES FUNK and DEPUTY FLORES, | (ECF No. 31) |
| | NINETY-DAY DEADLINE |
| Defendants. | |

On January 8, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **ninety (90) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **January 9, 2019**

UNITED STATES MAGISTRATE JUDGE

1